**Order entered October 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01151-CV

**AXCESS INTERNATIONAL, INC., Appellant**

**V.**

**BAKER BOTTS, L.L.P., Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-13-01301-E**

## ORDER

Because documents filed under seal with the trial court and designated to be included in the clerk's record on appeal are filed in the appellate court in a sealed record, we **DENY** as moot appellee's October 6, 2014 motion to seal portions of appellate record.

/s/ ADA BROWN
   JUSTICE